IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs. | )  Criminal Action No. 16-00238-KD-N |
| | ) |
| KENYADA DUKES, | ) |
| | ) |
|     Defendant. | ) |

## ORDER

This action is before the Court on Defendant Kenyada Dukes' motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A) (doc. 67). Upon consideration, and for the reasons set forth herein, the motion is dismissed as MOOT.

    I. Background

In January 2017, Dukes plead guilty and was convicted of the offenses of possession with intent to distribute methamphetamine and possession of a firearm by a felon (Counts Two and Four). In April 2017, Dukes was sentenced to a term of 18 months as to each conviction, to serve concurrently and concurrent with his state court conviction, with 36 months of supervision upon release (doc. 36). On September 13, 2018, his term of supervised release began. In November 2020, his supervised release term was revoked, and Dukes was sentenced to 21 months in prison with 12 months of supervision upon release (doc. 55). In May 2021, his second term of supervised release was revoked, and he was sentenced to 18 months in prison with no supervision to follow.

    II. Analysis

Dukes now moves pursuant to 18 U.S.C. § 3582(c)(1)(A) for a reduction of his revocation sentence to time served. Relevant to Dukes, subparagraph (i) provides for a reduction

of sentence if the Court finds that "extraordinary and compelling reasons warrant such a reduction" and certain other conditions are met. 18 U.S.C. § 3582(c)(1)(A)(i).

Dukes reports that Covid 19 is present at FCI Jesup. He also reports that he has serious medical conditions which place him at increased risk of serious illness should he contract Covid 19. Specifically, hypertension, obesity, "calculus of kidney", and "three holes in his intestines" (doc. 67, p. 6). He argues that his serious medical conditions combined with the inherent increased risk of spread of Covid 19 in the prison environment due to the inability to practice social distancing and take protective hygiene measures, constitute extraordinary and compelling reasons for a reduction of sentence to time served (Id., p. 6-12) (citing 18 U.S.C. § 3582(c)(1)(A)(i) and U.S.S.G. § 1B1.13, cmt. n. 1(D) (Policy Statement).

However, the Federal Bureau of Prisons website indicates that Dukes has been released from custody. Accordingly, his motion is dismissed as MOOT.

**DONE** and **ORDERED** this 26th day of July 2022.

> **s / Kristi K. DuBose**
> **KRISTI K. DuBOSE**
> **UNITED STATES DISTRICT JUDGE**